IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated <br><br> Plaintiff <br><br> vs. <br><br> TARGET CORPORATION, et al. <br><br> Defendants | CASE NO. 4:14-CV-0832 <br><br> JUDGE DONALD C. NUGENT <br><br><br> **MOTION FOR ADMISSION *PRO HAC VICE*** |

Stuart E. Scott, a member in good standing of the bar of this Court, respectfully moves, pursuant to Civ.R. 83.5(h), for the admission of Attorney Jonathan K. Tycko of Tycko & Zavareei LLP, as a visiting lawyer to represent Plaintiff Christopher Meta.  In support of this Motion, the Affidavit of Jonathan K. Tycko is attached hereto as Exhibit A.

A payment of $120.00 accompanies this Motion.

Dated:  August 7, 2014            Respectfully submitted,

*s/ Stuart E. Scott*
DENNIS R. LANSDOWNE  (0026036)
STUART E. SCOTT  (0064834)
DANIEL FRECH  (0082737)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*sscott@spanglaw.com*
*dfrech@spanglaw.com*

***Counsel for Plaintiff and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of August 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/ Stuart E. Scott*
DENNIS R. LANSDOWNE  (0026036)
STUART E. SCOTT  (0064834)
DANIEL FRECH  (0082737)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*sscott@spanglaw.com*
*dfrech@spanglaw.com*

***Counsel for Plaintiff and the Proposed Class***