IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>TARGET CORPORATION, et al.<br><br>　　　　　　Defendants | ) CASE NO. 4:14-CV-0832<br>)<br>) JUDGE DONALD C. NUGENT<br>)<br>)<br>)<br>)<br>) **MOTION FOR ADMISSION *PRO***<br>) ***HAC VICE***<br>)<br>)<br>) |

　　　Stuart E. Scott, a member in good standing of the bar of this Court, respectfully moves, pursuant to Civ.R. 83.5(h), for the admission of Attorney Lorenzo B. Cellini of Tycko & Zavareei LLP, as a visiting lawyer to represent Plaintiff Christopher Meta.  In support of this Motion, the Affidavit of Lorenzo B. Cellini is attached hereto as Exhibit A.

　　　A payment of $120 accompanies this Motion.

Dated:  August 7, 2014　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*s/ Stuart E. Scott*
　　　　　　　　　　　　　　　　　DENNIS R. LANSDOWNE  (0026036)
　　　　　　　　　　　　　　　　　STUART E. SCOTT  (0064834)
　　　　　　　　　　　　　　　　　DANIEL FRECH  (0082737)
　　　　　　　　　　　　　　　　　**SPANGENBERG SHIBLEY & LIBER LLP**
　　　　　　　　　　　　　　　　　1001 Lakeside Avenue East, Suite 1700
　　　　　　　　　　　　　　　　　Cleveland, OH  44114
　　　　　　　　　　　　　　　　　(216) 696-3232
　　　　　　　　　　　　　　　　　(216) 696-3924 (FAX)
　　　　　　　　　　　　　　　　　*dlansdowne@spanglaw.com*
　　　　　　　　　　　　　　　　　*sscott@spanglaw.com*
　　　　　　　　　　　　　　　　　*dfrech@spanglaw.com*

　　　　　　　　　　　　　　　　　**Counsel for Plaintiff and the Proposed Class**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/ Stuart E. Scott*
DENNIS R. LANSDOWNE  (0026036)
STUART E. SCOTT  (0064834)
DANIEL FRECH  (0082737)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*sscott@spanglaw.com*
*dfrech@spanglaw.com*

***Counsel for Plaintiff and the Proposed Class***

2