UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated<br><br>Plaintiff<br><br>vs.<br><br>TARGET CORPORATION, et al.<br><br>Defendants | CASE NO. 4:14-CV-0832<br><br>JUDGE DONALD C. NUGENT<br><br>**MOTION FOR ADMISSION _PRO HAC VICE_** |

Stuart E. Scott, a member in good standing of the bar of this court, respectfully moves, pursuant to Local Civil Rule 83.5(h), for the admission of Andrew J. Silver, Esq., of Tycko & Zavareei LLP, as visiting lawyers to represent Plaintiff Christopher Meta.  In support of this Motion, the Affidavit of Andrew J. Silver is attached hereto as Exhibit A.

A payment of $120.00 accompanies this Motion.

Respectfully submitted,

s/ Stuart E. Scott
DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT (0064834)
DANIEL FRECH (0082737)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
_dlansdowne@spanglaw.com_
_sscott@spanglaw.com_
_dfrech@spanglaw.com_

**_Counsel for Plaintiff_**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/ Stuart E. Scott
DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT (0064834)
DANIEL FRECH (0082737)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*sscott@spanglaw.com*
*dfrech@spanglaw.com*

*Counsel for Plaintiff*