# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated ) ) ) | Case No.     4:14-cv-00832 |
| ) | Hon. Donald C. Nugent |
| Plaintiff, ) ) | |
| vs. ) ) | |
| ) | **MOTION FOR ADMISSION** |
| TARGET CORPORATION, ) | ***PRO HAC VICE*** |
| ) | |
| Defendant. ) ) | |

Stuart E. Scott, a member in good standing of the bar of this court, respectfully moves, pursuant to Local Civil Rule 83.5(h), for the admission of Attorney Hassan Zavareei of Tycko & Zavareei LLP, as visiting lawyers to represent Plaintiff Christopher Meta.  In support of this motion, the Affidavit of Hassan Zavareei is attached hereto as Exhibit A.

A payment of $120.00 accompanies this motion.

Dated: September 11, 2017               Respectfully submitted,

*/s/ Stuart E. Scott*
Stuart E. Scott (0064834)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (facsimile)
sscott@spanglaw.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on September 11, 2017 via the Court's Electronic Filing System. Copies will be served upon counsel of record by, and may be obtained, through the Court's CM/ECF Systems.

                                          */s/ Stuart E. Scott*
                                          Stuart E. Scott (0064834)
                                          **SPANGENBERG SHIBLEY & LIBER LLP**
                                          1001 Lakeside Avenue East, Suite 1700
                                          Cleveland, OH 44114
                                          (216) 696-3232
                                          (216) 696-3924 (facsimile)
                                          *sscott@spanglaw.com*

                                          ***Counsel for Plaintiff and the Proposed Class***