UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated | ) | CASE NO. 4:14-CV-0832 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff | ) | |
| | ) | **PLAINTIFF'S UNOPPOSED** |
| vs. | ) | **MOTION FOR PRELIMINARY** |
| | ) | **APPROVAL OF CLASS ACTION** |
| TARGET CORPORATION, et al. | ) | **SETTLEMENT** |
| | ) | |
| Defendants | ) | |
| | ) | |

*[Handwritten note: 4/4/18 Motion Gntd. /s/ Donald Nugent]*

Plaintiff hereby respectfully moves the Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order:

(1) Of preliminary approval of the settlement of this class action as set forth in the class action settlement agreement dated March 28, 2018, attached as Exhibit 1 to the accompanying Memorandum of Points and Authorities;

(2) Of conditional certification, for settlement purposes only, of a settlement class defined as "all persons residing in the United States who purchased Up & Up flushable toddler wipes from April 18, 2010 through the discontinuation of the 'Buckeye' product formulation on October 31, 2014, specifically excluding purchasers of Nice-Pak's 'Sigma' formulation and subsequent product formulations of Up & Up flushable toddler wipes.";

(3) Directing the dissemination of notice in the form and manner set forth in the settlement agreement; and

(4) Setting a date for a final approval hearing.

A copy of the [Proposed] Order for Preliminary Approval is attached to the Settlement Agreement as Exhibit C.