pandupwipessettlement.com



# Meta v. Target Corp., et al.

Welcome to the website for the settlement of the class action lawsuit *Meta v. Target Corp. et al.* Case No. 4:14-CV-0832 in the U.S. District Court ND Ohio. The lawsuit claims that certain Up & Up flushable toddler wipes were not flushable. Target denies these claims, and the court has not decided who is right or who is wrong. Instead the parties have agreed to settle this case to resolve the matter.

You are a member of the Settlement class if you reside in the United States and bought Up & Up Flushable Toddler Wipes at any Target Store nationwide from April 18, 2010 through October 31, 2014. The wipes involved in this settlement were under the "Buckeye" product line, which was discontinued on October 31, 2014.

This site provides links to documents relating to the settlement. These documents include:

- Class Action Complaint and Demand for Jury Trial
- Stipulation and Agreement of Settlement
- Preliminary Approval Order
- Notice of Proposed Class Action Settlement (Long Form)
- Summary Notice of Proposed Class Action Settlement
- Frequently Asked Questions
- Proof of Claim Form (can be done online and printed)

[ Online Proof of Claim Form ]

Contact Information:

- Via email administrator@upandupwipessettlement.com
- Toll Free 1-888-878-1989
- USPS Mail Settlement Administrator PO Box 11486, Birmingham, AL 35202

IMPORTANT DATES

- Deadline for returning Proof of Claim  September 7, 2018
- Deadline for requesting exclusion  July 9, 2018
- Deadline for requesting exclusion  July 9, 2018
- Deadline for submitting Fee and Expense Application  June 23, 2018
- Deadline for submitting notice of intention to appear at Hearing on Final Approval of Settlement  June 26, 2018
- Hearing on Final Approval of Settlement  August 7, 2018 at 9:00 a.m.

(Note: These documents are in the PDF format. To view the document(s) you will need the Adobe Acrobat Reader. Click on the icon below to download Acrobat Reader.)

Get Acrobat Reader

