UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated <br><br> Plaintiff <br><br> vs. <br><br> TARGET CORPORATION, et al. <br><br> Defendants | CASE NO. 4:14-CV-0832 <br><br> JUDGE DONALD C. NUGENT <br><br> **PLAINTIFF'S NOTICE OF FILING** |

    Plaintiff Christopher Meta hereby give notice to the Court of the filing of the Supplemental Declaration of L. Stephens Tilghman ("Tilghman"). Tilghman is the Settlement Administrator for the proposed Settlement in this matter, and the Supplemental Declaration updates the Tilghman Declaration included with Plaintiff's Motion for Final Approval to include the names of the two individuals who requested to be excluded from the Settlement. The Supplemental Declaration is attached hereto as Exhibit 1.

Dated:  August 2, 2018          /s/ Hassan A. Zavareei
                                                   HASSAN A. ZAVAREEI (pro hac vice)
                                                   JONATHAN K. TYCKO (pro hac vice)
                                                   ANDREW J. SILVER (pro hac vice)
                                                   **TYCKO & ZAVAREEI LLP**
                                                   1828 L Street, N.W., Suite 1000
                                                   Washington, D.C. 20036
                                                   (202) 973-0900
                                                   (202) 973-0950 (FAX)
                                                   jtycko@tzlegal.com
                                                   hzavareei@tzlegal.com
                                                   asilver@tzlegal.com

DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT  (0064834)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
dlansdowne@spanglaw.com
sscott@spanglaw.com
dfrech@spanglaw.com

*Attorneys for Plaintiff Christopher Meta and the Class*

## **CERTIFICATE OF SERVICE**

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A true and correct copy of the foregoing was served electronically on Defendants' counsel of record.

/s/ Andrew J. Silver
Andrew J. Silver