## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Meta,<br><br>　　　　Plaintiff(s),<br>v.<br><br>Target Corporation,<br><br>　　　　Defendant(s). | Date:　August 7, 2018<br><br>Judge Donald C. Nugent<br><br>Court Reporter: LANCE Boardman<br><br>Case Number: 4: 14 CV 832 |

Fairness hearing held in open court w/ all counsel present. Three objections have been filed. Court approves settlement, see Doc # 176-4.

Length of Proceeding: 20 min

Donald C. Nugent 8/7/18
United States District Judge