UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER META,<br>Plaintiff,<br>v.<br><br>TARGET CORP., et al.,<br>Defendants. | Case No. 4:14-cv-0832<br><br>NOTICE OF APPEAL |

**NOTICE OF APPEAL**

Notice is hereby given that **Sheila Ference**, hereby appeals to the Sixth Circuit from the Order Granting Final Approval of Class Action Settlement [DE 176-4] of the United States District Court, Northern District of Ohio, entered in this action on 7-27-18.

Dated:  08-27-18            By: /s/ Simina Vourlis
                               Simina Vourlis
                               Attorney for Appellant Sheila Ference
                               The Law Office of Simina Vourlis
                               856 Pullman Way
                               Columbus OH 43212
                               (o) 614.487.5900
                               (f) 614.487.5901
                               svourlis@vourlislaw.com

Case No. 4:14-cv-0832                    1

**NOTICE OF APPEAL**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 08/27/18 and served by the same means on all counsel of record.

/s/ Simina Vourlis
Simina Vourlis