UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER META,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>TARGET CORP., et al.,<br><br>　　　　Defendants. | Case No. 4:14-CV-0832<br><br>**NOTICE OF CORRECTION** |

**NOTICE OF CORRECTION**

　　Now comes objector, Sheila Ference, and notifies this court that an error was made in the document number identified in her Notice of Appeal. The Notice of Appeal identifies the Order Granting Final Approval of Class Action Settlement as [DE 176-4]. The correct document number for the Order Granting Final Approval of Class Action Settlement is [DE 179].

Dated: August 29, 2018　　　　　　　By: /s/ Simina Vourlis

　　　　　　　　　　　　　　　　　　SIMINA VOURLIS
　　　　　　　　　　　　　　　　　　The Law of Office of Simina Vourlis
　　　　　　　　　　　　　　　　　　856 Pullman Way
　　　　　　　　　　　　　　　　　　Columbus OH 43212
　　　　　　　　　　　　　　　　　　svourlis@vourlislaw.com
　　　　　　　　　　　　　　　　　　(O) (614) 487-5900
　　　　　　　　　　　　　　　　　　(F) (614) 487-5901
　　　　　　　　　　　　　　　　　　*Attorney for Objector*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August 29, 2018 and served by the same means on all counsel of record.