FILED
2018 AUG 31 PM 12: 48
U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

Receipt # 14660107432

# United States District Court for the Northern District of Ohio

CHRISTOPHER META,

    Plaintiff,

vs.

TARGET CORP., et al.,

    Defendant.

CASE NO. 4:14-CV-0832

Judge DONALD V. NUGENT

## NOTICE OF APPEAL

Notice is hereby given that ERICH NEUMANN (Objector to Settlement)
(here name all parties taking the appeal)
hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Settlement Order and Final Judgment
(the final judgment) (from an order (describing it))

entered in this action on the 7th day of August, 2018.

(s) _[signature]_

Address: Erich B. Neumann, P.L.
407 Lincoln Road, Suite 2C
Miami Beach, FL 33139

Phone #: (305) 735-2404

Attorney for: Objector Erich Neumann (self)

6CA-3