IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER META | ) |
| | ) CASE NO. 4:14-cv-0832 |
| Plaintiff, | ) |
| | ) JUDGE DONALD V. NUGENT |
| v. | ) |
| | ) |
| TARGET CORP., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### AFFIDAVIT OF ERICH NEUMANN

STATE OF FLORIDA )
)
MIAMI-DATE COUNTY )

Personally before me, an officer duly authorized by law to administer oaths, appeared Erich Neumann, who after being duly sworn did depose and state under oath as follows:

1. My name is Erich Neumann, and I am a Class Member who is objecting to the settlement in the above-captioned case. I am over the age of eighteen (18) and am competent to give this affidavit. The facts stated herein are facts of my own personal knowledge.

2. I am not a "serial objector" and I make the objection to the above-captioned case in good faith.

3. I have objected to only four other class actions. In each of those, I was a class member, wherein my membership in the Class was determined by the defendants' own business records.

4. I have been a class member in many more class actions (far more than those to which I have objected) wherein I received both direct and indirect notice, but did *not* object as I believed those settlement were fair.



5. In this case, I am particularly offended by a class action where the attorneys will make far more than the class members themselves, even though Target is a huge company with a $45 billion market cap. I believe the settlement was structured in a way to conceal the settlement value from the Court, and to ensure that the overwhelming majority of settlement funds were siphoned to Class Counsel.

6. With respect to the bond, I do not have the ability to post a $40,000 bond in this case, or any bond in excess of a nominal amount.

7. I am married with an infant child, and my family and I live in a modest 985 square foot 1BR / 1.5BA condominium unit. It is the only property I own.

8. My source of income is my small solo legal practice in Miami Beach, Florida. Currently, the operations account for that business contains approximately $1,200. Last year, my income from the firm was less than $60,000, and currently I do not foresee any increased income this year.

9. My personal banking account has a negative balance.

10. My debts are considerable. While I have approximately $8,000 in a money market savings account, I have over $45,000 in student loan debt.

11. More recently, my condominium association issued a special assessment in which I was to pay $6,606. I was unable to pay the amount owed on the due date, and have had to work out a monthly payment plan with the association. This has created a financial hardship.

12. The imposition of a $40,000 bond, or any bond above a nominal amount, would effectively preclude my ability to pursue the appeal at issue in this case.

FURTHER AFFIANT SAYETH NOT.

_____
ERICH NEUMANN

Sworn to me this 20th day of September, 2018.

_____ My commission expires: _____
Notary Public

JEIMY ENCARNACION
MY COMMISSION # FF 916206
EXPIRES: September 19, 2019
Bonded Thru Budget Notary Services

3