IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO



| | |
|---|---|
| CHRISTOPHER META | ) |
| Plaintiff, | ) CASE NO. 4:14-cv-0832 ) ) JUDGE DONALD V. NUGENT |
| v. | ) ) |
| TARGET CORP., et al., | ) ) |
| Defendants. | ) ) ) |

## NOTICE

Class Member and Objector Erich Neumann hereby provides notice that his appeal (*see* Neumann Notice of Appeal, ECF No. 183) will also include his taking appeal from this Court's Appeal Bond Order (ECF No. 188) and related Order Denying Reconsideration (ECF No. 191). A similar clarification will be filed directly with the Court of Appeals.

DATE: October 5, 2018                                          Respectfully,

Erich Neumann
Attorney and Objector / Class Member
Erich B. Neumann, P.L.
407 Lincoln Road, Suite 2C
Miami Beach, FL 33139
Phone: 305.735.2404
FAX: 305.735.2651
ebn@ebnlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was mailed to the following on October 5, 2018:

Clerk of Courts
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

Stuart E. Scott
Spangenberg, Shibley & Liber LLP
1001 Lakeside Avenue East,
Suite 1700
Cleveland, Ohio 44114

Karl A. Bekeny
Tucker Ellis LLP
950 Main Avenue,
Suite 1100
Cleveland, Ohio 44113

Erich Neumann