Case No. 18-3828

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHRISTOPHER META, On behalf of himself and all others similarly situated

    Plaintiff - Appellee

SHEILA FERENCE

    Plaintiff - Appellant

v.

TARGET CORPORATION; NICE-PAK PRODUCTS, INC.

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 24, 2018