UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER META, on behalf of himself and all others similarly situated, | CASE NO. 4:14-CV-0832 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | |
| TARGET CORPORATION, et al., | |
| Defendants. | |

*[Handwritten notation: 11/19/18 Motion Gtd. Bond set @ $80,000.00 /s/ Donald C. Nugent]*

## MOTION TO MODIFY BOND TO SECURE PAYMENT OF COSTS AND ATTORNEYS' FEES ON APPEAL (FED. R. APP. P. 7)

Plaintiff moves the Court to modify the bond order against Objector Erich Neumann.

On September 24, 2018, the Court ordered Neumann and another Objector, Sheila Ference, to post an Appellate Rule 7 bond. ECF No. 188. Both Neumann and Ference had appealed the Court's approval of the class action settlement. The Court ordered that Ference and Neumann "to each contribute $40,000.00 toward a total bond of $80,000.00 to ensure payment of costs on appeal." *Id.* at PageID #: 9369.

Ference has since abandoned her appeal. *See* Doc. 31 in Case No. 18-3828 (6th Cir.). Because Ference has abandoned her appeal, Plaintiff asks the Court to modify its bond order and increase the amount of bond Neumann must post to $80,000. As the Court stated in its order, the $80,000 total covers the costs on appeal. Neumann only had to pay a lower amount, because there was another appeal. Now that he is the only one pursuing an appeal, Neumann should have to pay the entire $80,000. To date, Neumann has not paid the $40,000 the Court previously ordered him to

1