IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER META, et al., | ) | CASE NO. 4:14 CV 832 |
| Plaintiffs, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| TARGET CORPORATION, et al., | ) | |
| | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on remand from the Sixth Circuit Court of Appeals, for reconsideration of Mr. Neumann's objections to the Rule 7 bond. (ECF #201). Mr. Neumann' objected to the original $40,000.00 bond, and to a request for modification of the bond following the dismissal of a second objector's appeal. (ECF #189, 198). The Parties are hereby directed to submit Proposed Orders addressing the bond issue and Mr. Neumann's objections, along with any additional supporting materials they believe are relevant to its determination, no later than February 4, 2019. IT IS SO ORDERED.

_____
Donald C. Nugent
United States District Judge

Date: January 23, 2019