# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| CHRISTOPHER META, On Behalf Of Himself And All Others Similarly Situated | ) ) ) |
|  | ) CASE NO. 4:14-CV-0832 |
| Plaintiff, | ) |
|  | ) |
| vs. | ) JUDGE DONALD C. NUGENT |
|  | ) |
| TARGET CORPORATION, et al. | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL

I, Andrew J. Silver, hereby withdraw as counsel on behalf of Plaintiffs and the Proposed Class. Hassan A. Zavareei and Jonathan K. Tycko of Tycko and Zavareei LLP and Stuart E. Scott, Dennis R. Lansdowne and Kevin C. Hulick of Spangenberg Shibley & Liber LLP will continue to represent the Plaintiff in the above-captioned matter.

Dated: January 24, 2019                    Respectfully submitted,

/s/ Andrew J. Silver
HASSAN A. ZAVAREEI (pro hac vice)
JONATHAN K. TYCKO (pro hac vice)
ANDREW J. SILVER (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (FAX)
hzavareei@tzlegal.com
jtycko@tzlegal.com
asilver@tzlegal.com

DENNIS R. LANSDOWNE (0026036)
STUART E. SCOTT  (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700

Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
dlansdowne@spanglaw.com
sscott@spanglaw.com
khulick@spanglaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.


s/ Andrew J. Silver
Andrew J. Silver