IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER META, ) | |
| ) | CASE NO. 4:14-CV-0832 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| TARGET CORP., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

In accordance with Section 9(e) of the Settlement Agreement, the Parties have until January 25, 2019 to resolve their respective objections to the individual claims determination made by the claims administrator.[1] The Parties jointly request an additional 60 days to complete this process.  While the Parties are diligently working to resolve their objections to the individual claims determinations, the holidays and schedules of counsel and the claims administrators have slowed the process of compiling and reviewing the requisite claims information to further these discussions. With additional time to complete these discussions, the Parties believe that they can resolve all objections without the involvement of the Court.  This extension will not delay the settlement as Mr. Neumann's objection to the settlement is still pending.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and extend the period the Parties to resolve their objections until March 26, 2019.

---

[1] This is a separate process from the objection to the settlement itself that has been filed by Mr. Neumann and is currently pending with the Court.  This process continues while Mr. Neumann's objection is pending.

4071657.1

Respectfully submitted,                              Respectfully submitted,


 */s/Andrew J. Silver*                                 */s/Jennifer L. Mesko*
JONATHAN K. TYCKO (pro hac vice)        JOHN Q. LEWIS (0067235)
HASSAN A. ZAVAREEI (pro hac vice)       DUSTIN B. RAWLIN (0072870)
ANDREW J. SILVER (pro hac vice)         KARL A. BEKENY (0075332)
**TYCKO & ZAVAREEI LLP**                JENNIFER L. MESKO (0087897)
1828 L Street, N.W., Suite 1000         **TUCKER ELLIS LLP**
Washington, D.C. 20036                  950 Main Avenue, Suite 1100
(202) 973-0900                          Cleveland, OH 44113-7213
(202) 973-0950 (FAX)                    Telephone:  216.592.5000
jtycko@tzlegal.com                      Facsimile:   216.592.5009
hzavareei@tzlegal.com                   E-mail:   john.lewis@tuckerellis.com
asilver@tzlegal.com                                 dustin.rawlin@tuckerellis.com
                                                    karl.bekeny@tuckerellis.com
DENNIS R. LANSDOWNE (0026036)                       jennifer.mesko@tuckerellis.com
STUART E. SCOTT  (0064834)
DANIEL FRECH  (0082737)
**SPANGENBERG SHIBLEY & LIBER LLP**     *Attorneys for Defendants Nice-Pak Products,*
1001 Lakeside Avenue East, Suite 1700   *Inc. and Target Corporation*
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
dlansdowne@spanglaw.com
sscott@spanglaw.com
dfrech@spanglaw.com


*Attorneys for Plaintiff Christopher Meta*
*and the Class*

4071657.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, a copy of the foregoing *Joint Motion for Extension of Time* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jennifer L. Mesko*
JOHN Q. LEWIS (0067235)
DUSTIN B. RAWLIN (0072870)
KARL A. BEKENY (0075332)
JENNIFER L. MESKO (0087897)
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216.592.5000
Facsimile:  216.592.5009
E-mail:  john.lewis@tuckerellis.com
dustin.rawlin@tuckerellis.com
karl.bekeny@tuckerellis.com
jennifer.mesko@tuckerellis.com

*Attorneys for Defendant Nice-Pak Products, Inc.*

4071657.1