IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER META, | ) |
| Plaintiff, | ) CASE NO. 4:14-CV-0832 |
| v. | ) JUDGE DONALD C. NUGENT |
| TARGET CORP., et al. | ) |
| Defendants. | ) |

**JUDGMENT OF DISMISSAL**

Defendants Target Corporation and Nice-Pak Products, Inc., having settled with the Class and the Court having entered its Order Granting Final Approval to Class Action Settlement and Directing Entry of Judgment of Dismissal,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. All claims of Plaintiff and all Class Members against Defendants are dismissed with prejudice.

2. Notwithstanding the dismissal of claims in the preceding paragraph, the Court shall retain jurisdiction over the construction, interpretation, implementation, and enforcement of the Agreement and supervise and adjudicate any disputes arising from or in connection with the Settlement.

3. Plaintiff and all Class Members are bound by the release of claims set forth in the Agreement and are hereby permanently enjoined and restrained from filing or prosecuting any Released Claims against Defendants.

Dated: June 12, 2019

_____
Donald C. Nugent, JUDGE

3683313.1